UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

RICKY DARNELL BROWN, )
)
Petitioner, )
)
v. ) NO. 1:03-cv-90/1:99-CR-89
) Judge Curtis L. Collier
UNITED STATES OF AMERICA, )
)
Respondent. )

**O R D E R**

In accordance with the accompanying memorandum opinion, it is hereby **ORDERED** the

report and recommendation issued by Magistrate Judge Susan K. Lee on February 16, 2006 (Court

File No. 33), is **ACCEPTED** in accordance with 28 U.S.C. § 636(b).  It is further **ORDERED**, in

accordance with the report and recommendation of the Magistrate Judge, Petitioner's motion to

vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255 is **DENIED** and the case is

**DISMISSED**.  For reasons indicated in the memorandum, a certificate of appealability **WILL NOT**

**ISSUE**.  28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

SO ORDERED.

ENTER:

/s/_____
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**